[Print in *black* ink to fill i~   ~aces next to the instructions]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------x

In the Matter of the Application of                                   **Index Number**

*BART J TARULLI*                                                       *101540-18*

[fill in name(s)]                        Petitioner(s)

    - against -                                               **VERIFIED PETITION**

*Ameriprise Financial Service*                          **F I L E D**

[fill in name(s)]                         Respondent(s)          **OCT 19 2018**

---------------------------------------------------------------x    NEW YORK COUNTY
                                                         COUNTY CLERK

TO THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK:

The petition of _*Bart J Tarulli*_ [your name] respectfully
shows to this Court as follows:

1. Petitioner resides at _*2 Bay ClubDrive, Bayside*_
_*New York 11360*_ _____ [your address]

2. The respondent(s) is/are [identify the respondent(s)] _____
_*Ameriprise Financial Services, Inc*_
_____
_____

    3. [Describe what you are requesting. Add more pages if needed. If you are appealing
the decision of a government agency, give the date and outcome of the final determination.
Explain why this Court should reverse that decision.] _____
_*Total Reversal of decision by FINRA*_
_*Both Compersotory + Punitive,*_
_*Complainant has organized a Booklet*_
_*Listing all infractions Toward Claimant*_
_*And showing exhibits, And evidence*_
_*in overwhelming content.*_
_____
_____
_____

WHEREFORE, your deponent respectfully requests that this Court [*briefly* describe what you are requesting]: _Reve UACATe AWARD By Finra And Award Claimant Both Compansatory + Punitive Damages_

_____, 200__
[date signed]

Petitioner [sign your name]
_Bart J Tarulli_

[print your name]
_BART TARULLI_

[your address and telephone no.]
_2 Bay Club Dri At GR Bayside NY 11360_
_917-741-9758_

### VERIFICATION

STATE OF NEW YORK
COUNTY OF _Queens_                    : ss:

_BART TARULLI_ [your name], being duly sworn, deposes and says that: I am the petitioner in this proceeding; I have read the foregoing petition and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief; and as to those matters I believe it to be true.

Sworn to before me on
_12_ day _February_, 200_19_

_____
Notary Public

Petitioner [sign your name in front of a Notary]
_BART TARULLI_
[print your name]

Craig Ian Gardy
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GA5040751
Qualified in Suffolk County County
Commission Expires March 20, 2023

3

VerPet4-06

[Print in *black* ink all a___ n bold letters.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of

Bart J Tarulli

[fill in name(s)]                          Petitioner(s)

- against -

AmeriPRÌE Financial Services I

[fill in name(s)]                          Respondent(s)

Index Number

101540-18

**NOTICE OF PETITION**

COUNTY CLERK
NEW YORK COUNTY, N.Y.

OCT 19 2018

FILED

PLEASE TAKE NOTICE that upon the verified petition(s) of _____

Bart J Tarulli [your name(s)], sworn to on _____, 200__

[date Verified Petition notarized], and the attached exhibits, petitioner(s) will request this Court,
at 9:30 AM on the 20 day of November, 200 18 [return date] at the Courthouse, at
60 Centre Street, New York, N. Y., in the Motion Support Courtroom, Room 130, for a judgment,
pursuant to the Civil Practice Law and Rules (CPLR), granting the following relief to the
petitioner(s): [*briefly* describe what you are asking the Court to do] Total reversal
of Finra Award, relative to Compensatory
and Punitive Damages. As a civil matter,
Preponderance of evidence prevail, and claimant
has total of over 100 to 1 evidence in my favor

and for such other and further relief as this Court may deem just and proper.

Dated: 10\18\18, 200
[date signed]

FILED

OCT 19 2018

NEW YORK COUNTY
COUNTY CLERK

Respectfully submitted,

Bart Tarulli
2 Bay Club Dr
Apt 9R Bayside
Bayside, N.Y. 11360
Petitioner(s)

To: Respondent(s)
Sydney H Crowder
5223 Amer. Pris Financial Center
Minneapolis MN 55474
612-671-7120
[name, address, telephone number]

[your name, address, telephone number]
(917-747-9798)

4-06

# REQUEST FOR JUDICIAL INTERVENTION

Case 1:19-cv-02039   Document 1-1   Filed 03/05/19   Page 4 of 13

UCS-840 (3/2011)

| | FOR COURT USE ONLY |
|---|---|

**Supreme** _____ COURT, COUNTY OF _____

**Index No.:** _101540-18_     **Date Index Issued:** _Oct 19 2018_

| IAS Entry Date | |
| Judge Assigned | |
| RJI Date | |

## CAPTION
Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

X   BART J. Tarulli,     PETITIONER (S)

Plaintiff(s)/Petitioner(s)

-against-

X   Ameriprise Financial Inc

RESPONDENTS (S)

Defendant(s)/Respondent(s)

## NATURE OF ACTION OR PROCEEDING

### MATRIMONIAL
- O Contested
- O Uncontested

NOTE: For all Matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum.

### TORTS
- O Asbestos
- O Breast Implant
- O Environmental: _____
  (specify)
- O Medical, Dental, or Podiatric Malpractice
- O Motor Vehicle
- O Products Liability: _____
  (specify)
- O Other Negligence: _____
  (specify)
- O Other Professional Malpractice: _____
  (specify)
- O Other Tort: _____
  (specify)

### COMMERCIAL
- ☑ Business Entity (including corporations, partnerships, LLCs, etc.)
- O Contract
- O Insurance (where insurer is a party, except arbitration)
- O UCC (including sales, negotiable instruments)
- O Other Commercial: _____
  (specify)

NOTE: For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

### REAL PROPERTY
- O Condemnation
- O Foreclosure
Property Address: _____
  Street Address     City     State     Zip
  NOTE: For Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.
- O Tax Certiorari - Section: _____ Block: _____ Lot: _____
- O Other Real Property: _____
  (specify)

### OTHER MATTERS
- O Certificate of Incorporation/Dissolution   [see NOTE under Commercial]
- O Emergency Medical Treatment
- O Habeas Corpus
- O Local Court Appeal
- O Mechanic's Lien
- O Name Change
- O Pistol Permit Revocation Hearing
- O Sale or Finance of Religious/Not-for-Profit Property
- ☑ Other: _MOTION TO VACATE_
  (specify)

### SPECIAL PROCEEDINGS
- O CPLR Article 75 (Arbitration)   [see NOTE under Commercial]
- ☑ CPLR Article 78 (Body or Officer)
- O Election Law
- O MHL Article 9.60 (Kendra's Law)
- O MHL Article 10 (Sex Offender Confinement-Initial)
- O MHL Article 10 (Sex Offender Confinement-Review)
- O MHL Article 81 (Guardianship)
- O Other Mental Hygiene: _____
  (specify)
- O Other Special Proceeding: _____
  (specify)

## STATUS OF ACTION OR PROCEEDING     Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | O | ☑ | If yes, date filed: _____ |
| Is this action/proceeding being filed post-judgment? | ☑ | O | If yes, judgment date: _____ |

- O Infant's Compromise
- O Note of Issue and/or Certificate of Readiness
- O Notice of Medical, Dental, or Podiatric Malpractice          Date Issue Joined: _____
- O Notice of Motion          Relief Sought: _Compensatory, Punitive_          Return Date: _____
- O Notice of Petition          Relief Sought: _____          Return Date: _____
- O Order to Show Cause          Relief Sought: _____          Return Date: _____
- O Other Ex Parte Application          Relief Sought: _____
- O Poor Person Application
- O Request for Preliminary Conference
- O Residential Mortgage Foreclosure Settlement Conference
- O Writ of Habeas Corpus
- O Other (specify): _MOTION TO VACATE_

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

| | PRO SE | ATTORNEY(S) | INSURANCE CARRIER(S) | ISSUE JOINED |
|---|---|---|---|---|
| ☐ | Last Name _Tarulli_  First Name _Bart_  Primary Role:  Secondary Role (if any): | Firm Name _2 Bay Club Dr Apt 9R_  Street Address _Bayside_ City _Coronto_ State Zip _R01_  Phone _917-742-9798_  Fax  e-mail | | O YES  O NO |
| ☐ | Last Name  First Name  Primary Role:  Secondary Role (if any): | Firm Name  Street Address  City  State  Zip  Phone  Fax  e-mail | | O YES  O NO |
| ☐ | Last Name  First Name  Primary Role:  Secondary Role (if any): | Firm Name  Street Address  City  State  Zip  Phone  Fax  e-mail | | O YES  O NO |
| ☐ | Last Name  First Name  Primary Role:  Secondary Role (if any): | Firm Name  Street Address  City  State  Zip  Phone  Fax  e-mail | | O YES  O NO |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: X _2/12/19_

X _Bart Tarulli_
SIGNATURE

X _BART TARULLI_

ATTORNEY REGISTRATION NUMBER          PRINT OR TYPE NAME

Sir/Madam:

Please take notice that the within is a (certified) true copy of a

_____ duly entered in the office of the clerk of the

within named court on the ____ day of _____, 200__

Dated:                  Yours, etc.
Attorney for:_____ Plaintiff/Petitioner
                              Defendant/Respondent

_____ Office and Post
_____ Office Address
_____

To:
Attorney(s) for _____

****************NOTICE OF SETTLEMENT************

Sir/Madam:

Please take notice that an_____

of which the within is a true copy will be presented for settlement

to the Hon._____, one of the Justices

of the within named court at _____, on

_____, 200__ at _____ AM/PM

Dated: _____, 200____     Yours, etc

Plaintiff/Petitioner       _____
Defendant/Respondent    _____
                             _____

To:
Attorney(s) for      _____
                             _____
                             _____

---

INDEX NO. _101540-18_

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_Bart J Tarull,_
                              **Plaintiff/Petitioner**

- against -

_Ameriprise Financial Inc_
                              **Defendant/Respondent**

To the best of my knowledge, information and belief,
formed after an inquiry reasonable under the circumstances,
the presentation of these papers or the contentions therein
are not frivolous as defined in subsection (c) of Section
130-1.1 of the Rules of the Chief Administrator (22 NYCRR)

Sign Name: _Bart J Tarull_

Print Name: _Bart J Tarull_

Address: _2 Bay Club Dr_
            _Apt 9R_
            _Bayside N.Y. 1136_
Telephone _917-742-5158_

Service of a copy of the within is hereby admitted

Dated: _____, 200__
Attorney for_____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

—————————————————————————x

In the Matter of the Application of

_T A Bull_

**Index Number**

_101540—18_

[fill in name(s)]                    Petitioner(s)

- against -

**VERIFIED PETITION**

_Ameriprise Financial Services_

_____

_____

[fill in name(s)]                    Respondent(s)

—————————————————————————x

TO THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK:

The petition of _Bart S Ta_ [your name] respectfully

shows to this Court as follows:

1. Petitioner resides at _2 Bay Club Dr, Apt 9R_
_Bayside N.Y. 11360_ [your address]

2. The respondent(s) is/are [identify the respondent(s)] _Ameriprise_
_Financial Inc_

_____

_____

3. [Describe what you are requesting. Add more pages if needed. If you are appealing
the decision of a government agency, give the date and outcome of the final determination.
Explain why this Court should reverse that decision.] _Claimant is Filing_
_a Motion To Vacate Award, File By Finra_
_Claimant is Requesting Vacating Award due_
_To Actions and Behaviors That Violate_
_Finra Arbitration Rules/Regulation_
_Claimant is Requesting Vacating Award_
_And To Award Claimant Both_
_Compensatory + Punitive Damages Contained_
_in Submission Papers_

**[Print in _black_ ink all areas in bold letters.]**

6 YC - 386 - 360c

**SUPREME COURT OF THE STATE OF NEW YORK** 6 YL - 386 - 5957
**COUNTY OF NEW YORK**

-----------------------------------------------------------------x

In the Matter of the Application of _Bart S Tarull_

**Index Number**

_101540 - 18_

**[fill in name(s)]**                          **Petitioner(s)**          **NOTICE OF PETITION**

- against -

_Ameriprise Financial Services_

**[fill in name(s)]**                          **Respondent(s)**

-----------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that upon the verified petition(s) of _____

_Bart Tarull_ , **[your name(s)]**, sworn to on _____, 200___

**[date Verified Petition notarized]**, and the attached exhibits, petitioner(s) will request this Court,

at 9:30 AM on the ____ day of _____, 200 ___, **[return date]** at the Courthouse, at

60 Centre Street, New York, N.Y., in the Motion Support Courtroom, Room 130, for a judgment,

pursuant to the Civil Practice Law and Rules (CPLR), granting the following relief to the

petitioner(s): **[_briefly_ describe what you are asking the Court to do]** _____

_____

_____

_____

and for such other and further relief as this Court may deem just and proper.

Dated: _____, 200___          Respectfully submitted,

       **[date signed]**                          _Bart Tarull_

_2 Bay Club Dr_

_Apt 412_

_Bay Side NY 1132_

                                          **Petitioner(s)**

**To: Respondent(s)**                          **[your name, address, telephone number]**

_Ameriprise Financial In_                          _917 747-9798_

_5223 Ameriprise Financial Center_

_Minneapolis, Mn # 55474_

_Legal Dept_

**[name, address, telephone number]**

4-06

_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. Attached are copies of all relevant documents. [Attach the decision you are asking the court to reverse as Exhibit A. Attach any other documents as Exhibit B, Exhibit C, and so on. List additional Exhibits on separate page.]

Exhibit A - _____

Exhibit B - _____

Exhibit C - _____

Exhibit D - _____

Exhibit E - _____

5. A prior application *has not / has* [circle one] been made for the relief now requested. [If you made this application before in this or any other court , describe where, when, the result and why you are making it again.] _____

_____
_____

2

VerPet4-06

WHEREFORE, your deponent respectfully requests that this Court [*briefly* describe what you are requesting]: Revr UACATG AWARD By Finra And Award Claimant Both Compensatory & Punitive Damages

_____, 200__
[date signed]

_____
Petitioner [sign your name]

Bart Tarulli
[print your name]

2 Bay Club Dri
At GR
Bayside NY 1136
[your address and telephone no.]

917-741-9758

## VERIFICATION

STATE OF NEW YORK

COUNTY OF _Queens_ : ss:

_____Bart Tarulli_____ [your name], being duly sworn, deposes and says that: I am the petitioner in this proceeding; I have read the foregoing petition and know the contents thereof; the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief; and as to those matters I believe it to be true.

Sworn to before me on

12 day February, 2009

_____
Notary Public

_____
Petitioner [sign your name in front of a Notary]

Bart Tarulli
[print your name]

Craig Ian Gardy
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GA5040751
Qualified in Suffolk County County
Commission Expires March 20, 2023

3

[Print in *black* ink all areas in bold letters.]

_646-386-36_ _

SUPREME COURT OF THE STATE OF NEW YORK   646-386-5957
COUNTY OF NEW YORK

-------------------------------------------x

In the Matter of the Application of   *Bart J Tarull*

| | Index Number |
|---|---|
| | _101540-18_ |

**[fill in name(s)]**          **Petitioner(s)**          NOTICE OF PETITION

- against -

*Ameriprise Financial Services*

_____

_____

**[fill in name(s)]**          **Respondent(s)**

-------------------------------------------x

PLEASE TAKE NOTICE that upon the verified petition(s) of _____

_____ *Bart Tarull* _____, **[your name(s)]**, sworn to on _____, 200__

**[date Verified Petition notarized]**, and the attached exhibits, petitioner(s) will request this Court,

at 9:30 AM on the ____ day of _____, 200 ___, **[return date]** at the Courthouse, at

60 Centre Street, New York, N.Y., in the Motion Support Courtroom, Room 130, for a judgment,

pursuant to the Civil Practice Law and Rules (CPLR), granting the following relief to the

petitioner(s): **[*briefly* describe what you are asking the Court to do]** _____

_____

_____

_____

and for such other and further relief as this Court may deem just and proper.

Dated: _____, 200___          Respectfully submitted,

       **[date signed]**          *Bart Tarull*

                        *2 Bay Club Pa*

                        *Apt 912*

                        *Bay Side NY 1132*

                        **Petitioner(s)**

To: **Respondent(s)**          **[your name, address, telephone number]**

*Ameriprise Financial In*          *917-747-9798*

*5223 Ameriprise Financial Center*

*Minneapolis, MN 55474*

*Legal Dept*

**[name, address, telephone number]**

4-06

Notice, a Notice of Petition and Verified Petition, an Order to Show Cause and Verified Petition or Subpoena. **Print** to fill in the spaces next to the instructions.

Case 1:19-cv-02039 Document 1-1 Filed 03/05/19 Page 12 of 13

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_____x

_TARolli_

**[fill in names(s)]**          Plaintiff(s)/Petitioner(s)

- against -

_Ameriprise Financial_

**[fill in names(s)]**     Defendant(s)/Respondent(s)

_____x

**Index Number**

_101540-18_

**AFFIDAVIT OF SERVICE**
**of INITIATING PAPERS**

STATE OF NEW YORK
COUNTY OF _____ ss:

    I, _____, **[name of person who served papers]**,

being duly sworn, depose and say:

    I am over 18 years of age and am not a party to this case.

    I reside at **[your address]** _____

    On _____, 200___, **[date of service]**, at _____ AM / PM **[time of day]**, I served the

attached papers **[identify papers served]** _____

_____

on the defendant in this case. The address of the place where the papers were served is **[location where
papers served]** _____

    I served the papers in the manner indicated below: **[check box that applies]**:

1) □ _**Individual**_    By delivering a true copy of each to the defendant personally. I knew the person

           served to be the person named in those papers because **[How did you know**

           defendant?]** _____

           _____ **[Fill out description of defendant on page 2]**.

2) □ _**Corporation**_    _____ **[name of**

           business]**, a domestic corporation, by delivering a true copy of each to **[Identify**

           person served]** _____ **[Fill out**

           description of person on page 2]**, who is **[identify his/her job title]** _____

           _____. I knew the corporation to be that listed in

           the papers served and I knew the title of person named above and that he/she was

           authorized to accept service.

_j_

3) ☐ **_Substituted_**      By delivering a true copy of each to [identify person served] _____
   **_Service_**           _____ [Fill out description of person below] a
                          person of suitable age and discretion, at the actual place of business, dwelling house,
                          or usual place of abode in the state, _and_ mailing, as indicated below.

**_Mailing_**              I also enclosed a copy of the above papers in a postpaid, sealed envelope properly
**(Use with 3)**           addressed to defendant's last known residence or actual place of business, located at
                          [address] _____
                          and I deposited the envelope in a post office depository under the exclusive care and
                          custody of the United States Postal Service within New York State.

**_Description_**          The individual I served had the following characteristics:  [Check one box in each
**Use with 1, 2,**         category]:
**or 3**

| Sex | Height | Weight | Age |
|---|---|---|---|
| ☐ Male | ☐ Under 5" | ☐ Under 100 lbs. | ☐ 21 - 34 years |
| ☐ Female | ☐ 5'0"- 5'3" | ☐ 100 -130 lbs. | ☐ 35 - 50 years |
|  | ☐ 5'4" - 5'8" | ☐ 131 - 160 lbs. | ☐ 51 - 61 years |
|  | ☐ 5'9" - 6'0" | ☐ 161 - 200 lbs. | ☐ Over 61 yrs. |
|  | ☐ Over 6' | ☐ Over 200 lbs. | |

Color of skin [describe]:_____
Color of hair [describe]:_____
Other identifying features, if any [describe]: _____

☐ **_Military_**           I asked the person to whom I spoke whether the defendant was in the military of the United
**Service**               States or New York State in any capacity and was told that he/she was not. Defendant did not
                          wear a military uniform. I state upon information and belief that the defendant is not in the
                          military service of the United States or New York State. The basis for my belief is the
                          conversation(s) and observation(s) described above.

Sworn to before me this
_____ day of _____, 200___          _____
                                                   [sign your name before a Notary]

_____                 _____
        Notary Public                                      [print your name]

2

AffServ4-06