**CARLET, GARRISON, KLEIN & ZARETSKY, L.L.P.**

ATTORNEYS AT LAW

623 FIFTH AVENUE, 24TH FLOOR

NEW YORK, NEW YORK 10022

(212) 869-2147

Frank A. Carlet*
Norman I. Klein**
Michael J. Zaretsky**
**N.J. & N.Y. BAR
*N.J. & D.C. BAR

March 7, 2019

New Jersey Office:
1135 Clifton Avenue, Suite 104
Clifton, NJ 07013
Tele: (973) 777-6200
Fax: (973) 777-0412

*Via First Class Mail*
Bart J. Tarulli
2 Bay Club Drive
Apt. 9R
Bayside, New York  11360

      Re:    Tarulli v. Ameriprise Financial Services, Inc.
              Docket No. 1:19-cv-02039 (PGG)

Dear Mr. Tarulli:

As I believe you are now aware, the undersigned represents the defendant Ameriprise Financial Services, Inc., in the above-referenced case. Pursuant to the direction of the Honorable Paul G. Gardephe, the District Judge to whom this case has been assigned, enclosed herewith is a copy of a Notice of Pretrial Conference that I received today, along with a copy of the Judge's Individual Rules of Practice.

You will note that the enclosed Notice contains several requirements, including that seven days before the date of the Pretrial Conference of June 27, 2019, we submit a joint letter informing the court of certain items. Accordingly, as we get closer to that date, I will be in contact with you to discuss these matters.

Please contact the undersigned if you have any questions regarding this case.

                          Very truly yours,

                          CARLET, GARRISON, KLEIN
                          & ZARETSKY, L.L.P.

                          By: _____
                              Michael J. Zaretsky

MJZ/lm
encls.
  cc:    Honorable Paul G. Gardephe, *Via ECF and U.S. Mail (w/o encls.)*