UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BART J. TARULLI,

                    Plaintiff,

           -against-

AMERIPRISE FINANCIAL SERVICES,

                    Defendant.

------------------------------------------------------------x

19-CV-2039 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On March 15, 2019, Judge Gardephe entered a briefing schedule for Defendant's motion to dismiss; Judge Gardephe later referred the motion to me for a report and recommendation. (ECF 9, 18.) It has come to this Court's attention that although Defendant filed a Reply Memorandum of Law that references Plaintiff's opposition, (*see* ECF 15), Plaintiff's opposition does not appear on the docket.

Accordingly, it is **HEREBY ORDERED** that Plaintiff is directed to file his opposition to Defendant's motion to dismiss by **February 14, 2020.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address listed on the docket.

**SO ORDERED.**

                                                                      *s/ Ona T. Wang*

Dated: New York, New York                           **Ona T. Wang**
         January 14, 2020.                      United States Magistrate Judge