UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BART J. TARULLI,

                            Plaintiff,

            -against-                                         19 **CIVIL** 2039 (LJL)

# JUDGMENT

AMERIPRISE FINANCIAL SERVICES,

                            Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2020, Judge Wang's Report and Recommendation, at Dkt. No. 22, is adopted, and Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           September 25, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        Clerk of Court
                                     **BY:**
                                                           Deputy Clerk