RECEIVED
SDNY PRO SE OFFICE
2021 JAN -6 AM 9: 52

BART J TARULLI

2 BAY CLUB DRIVE

APT # 9R

BAYSIDE , NEW YORK  #    11360

TEXT  917-747-9798

EMAIL- CORONTO@ AOL.COM


RUBY KRAJICK

CLERK OF COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


REFERENCE: CASE 1:19-CV-02039-LJL-OTW,APPEAL PROCESS


DEAR CLERK OF COURT,


   THIS CERTIFIED LETTER IS BEING SENT TO YOU FOR DIRECTION ON PROCEDURE


OF FILING FOR' EXCUSABLE NEGLECT' AND ; GOOD CAUSE '  FOR MY INABILITY

TO FILE THE ' NOTICE OF APPEAL' BY DEADLINE.

THERE IS A BRIEF YET DEFINITE PATTEN OF ' INTENTIONAL EXCLUSION OF PRO SE PETITIONER, BART TARULLI , BY THE COURT, RESULTING IN VIOLATING MY RIGHT TO BE INFORMED BY THE COURT OF , UPDATES AND STATUS OF CASE SO PROVIDED TO DEFENSE COUNSEL, MR. MICHAEL ZARETSKY, BY ELECTRONIC MAIL!

**FIRST INSTANCE-**

**THIS CASE WAS FIRST UNDER CONTROL OF HONORABLE JUDGE PAUL G. GARDEPHE.**

**BOTH MR. ZARETSKY AND I WERE TO MEET BEFORE THE JUDGE, TO PRESENT**

**ORAL ARGUMENTS. I WAS READY AND PREPARED TO ATTEND THE HEARING**

**WHEN MR. ZARETSKY CONTACTED ME AND SHOWED ME WHAT HE RECEIVED**

**BY E.M. IT WAS AN ADJOURNMENT, STATING THAT BART J. TARULLI**

**WILL BE CONTACTACTED BY OTHER METHODS. PETITONER BART. J TARULLI WAS NEVER CONTACTED BY OTHER METHODS!'**

IF NOT FOR MR. ZARETSKY SHARING HIS E.C. WITH ME,

I WOULD HAVE ATTENDED, AS THE COURTS DID NOT CONTACT ME
AS STATED!

YOU MUST UNDERSTAND THAT PETITIONER HAS WAITED 5 YEARS
FOR JUSTICE, AND ANY COURT 'ERROR' CAN ONLY IMPACT ME NEGATIVELY.

SECOND INSTANCE-

-----------------------------

ON DOCUMENT ' CLERK'S FINAL JUDGEMENT,

SENT FRIDAY SEPT 25, 2020 M.T.D. IT STATES THAT MR. ZARETSKY HAS BEEN ELECTRONICALLY MAILED

AND MOST TROUBLING, AND MIRRORING SAME VERBIAGE CITED IN FIRST INSTANCE, BART J TARULLI , HAS BEEN DELIVERED BY OTHERS MEANS!'

I AM INSULTED, ANGERED, AND RESENTFUL FOR THE COURT SYSTEM TO REPEATEDLY ' FAIL' IN IT'S OBLIGATION TO PETITIONER TO PERMIT MY CONSTITUTIONAL RIGHT TO JUSTICE.

PATENTLY FALSE! PETITIONER, HAS NOT RECEIVED ANY COMMUNICATION BY OTHER MEANS INCLUDING;

E-MAIL

TELEPHONE

TEXT NOR

SNAIL MAIL!

PETITONER HAS MONITORED MAIL, DAILY FOR ANY CORRESPONDENCE BY ANY MEANS, CITED ABOVE, AND NOTHING STATED BY THE COURT HAS ARRIVED, NOTHING.

I HAVE BEEN SHUT OUT OF THE SYSTEM BY THE COURTS ON TWO SEPARATE OCCASSIONS. HENCE, THE ' PLEA OF EXCUSEABLE NEGLECT' HAS IT GENESIS WHERE IT ORIGINATED, IN THE COURT SYSTEM. FRCP RULE 60 (B) PROVIDES SIX BASES FOR RELIEF FROM A JUDGEMENT. IT ALSO PROVIDES THAT MOTION FOR RELIEF' SHALL BE MADE WITHIN A RESONABLE TIME AND FOR REASONS NOT MORE THAN ONE YEAR AFTER THE JUDGEMENT, ORDER OR PROCEEDING WAS ENTERED OR TAKEN'. FED R CIV PRO 60 ( b ).

COMMON SENSE

-----------------------

I HAVE BEEN WAITING FIVE YEARS FOR MY RIGHT TO A TRIAL BY JURY.

THE DECISION BY HONORABLE LIMAN AND WANG, ARE LEGALLY DEFICIENT, AND MY RIGHT

TO APPEAL, MUST,MUST,MUST BE HONORED!

THIS HAS CONSUMED 3000 PLUS HOURS, PLUS SCHOLARLY REVIEW TO

ENSURE BOTH FORM AND CONTENT WERE PRESENTABLE.

MY ENTIRE LIFE SINCE ' BREACH OF CONTRACT' HAS BEEN A FINANCIAL AND EMOTIONAL NIGHTMARE.

WHY WOULD I BE NEGLIGENT TO TIMELY REPLY AND DISADVANTAGE MYSELF

OF THE APPEAL PROCESS? OF COURSE NOT!  EVERYTHING REQUIRED BY ME

HAS BEEN PERFORMED  WITH PRECISION, AND UNDER RULES SET FORTH FRCP.

I HAVE ATTENDED 532 EBT, DEPOSITIONS, HENCE I AM VERSED ON THE

MACHINATIONS OF THE PROCESS.

THE DECISION OF BOTH HONORABLE

WANG AND LIMAN, ARE IN ERROR.

ADDITIONALLY, I INPUT ' TARULLI VS AMERIPRISE IN MID NOVEMBER

AND NOTHING SURFACED.

ONLY WITH AN EMAIL BY ME TO MR. ZARETSKY DID I LEARN THAT A DECISION WAS MADE TO DISMISS IN MID SEPTEMBER!

MY DIRECT QUESTION TO YOU IS GUIDANCE ON HOW TO BEGIN THE APPEAL PROCESS TO WHICH I AM ENTITLED?

PLEASE INCLUDE STEP BY STEP ALL NEEDED TO ENSURE MY RIGHT TO AN APPEAL.

PLEASE CONTACT ME IN ANY MANNER LISTED IN MY LETTER HEAD?

RESPECTFULLY,

BART J TARULLI

*[signature]*

CERTIFIED MAIL®

7020 2450 0000 7618 8204







U.S. POSTAGE PAID
FCM LG ENV
BAYSIDE, NY
11360
DEC 29, 20
AMOUNT
**$4.75**
R2305E124852-04

1000    10007