```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BART J. TARULLI,                                                 :
                                                                 :
                              Plaintiff,                         :
                                                                 :      19-cv-2039 (LJL)
              -v-                                                :
                                                                 :      ORDER
AMERIPRISE FINANCIAL SERVICES,                                   :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2021

LEWIS J. LIMAN, United States District Judge:

Plaintiff Bart Tarulli has applied for leave to appeal in forma pauperis this Court's Order, at Dkt. No. 32, adopting the Report and Recommendation at Dkt. No. 22 and dismissing the complaint.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that Plaintiff's appeal from the Court's Order at Dkt. No. 32 is not taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Plaintiff's application is denied.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated: August 12, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge